UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
LESLIE COLEY

CASE NO. 08-25501-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

Rec # 283305

NOV 13 2009

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 3,369.30 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: ___NOV 12 2009___

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

LESLIE COLEY  
28152 SW 143 CT  
HOMESTEAD, FL 33033

MICHAEL A. FRANK, ESQUIRE  
UNION PLANTERS BNK BLDG #620  
10 NW LEJEUNE RD  
MIAMI, FL 33126-5431

AMERICAN HOME MTG SERVICING  
POB 631730  
IRVING, TX 75063

AMERICAN HOME MTG SERVICING  
POB 631730  
IRVING, TX 75063

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   08-25501-BKC-
LESLIE COLEY


                                    CHAPTER 13


LESLIE COLEY

28152 SW 143 CT
HOMESTEAD, FL 33033


MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

AMERICAN HOME MTG SERVICING    ---------$      3,177.36
POB 631730                     RETURNED FROM CREDITOR
IRVING, TX 75063               BECAUSE CASE DISMISSED
                               CLAIM REGISTER # ___2___

AMERICAN HOME MTG SERVICING    ---------$        191.94
POB 631730                     RETURNED FROM CREDITOR
IRVING, TX 75063               BECAUSE CASE DISMISSED
                               CLAIM REGISTER # ___2___

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130